IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30485
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

FELIX AJEGBO,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 94-CR-240"R"
- - - - - - - - - -
December 10, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Felix Ajegbo, federal prisoner #87435-012, appeals from the

district court order transferring the case to the District of

Nevada under 28 U.S.C. § 3202(d).  Federal appellate courts have

jurisdiction over appeals only from (1) final orders, 28 U.S.C.

§ 1291; (2) orders that are deemed final due to jurisprudential

exception or that have been properly certified as final pursuant

to Fed. R. Civ. P. 54(b); and (3) interlocutory orders that fall

_____

     [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

into specific classes, 28 U.S.C. § 1292(a), or that have been properly certified for appeal by the district court, 28 U.S.C. § 1292(b). An order transferring a civil action is interlocutory in nature and is not appealable prior to the entry of a final judgment. Stelly v. Employers Nat'l Ins. Co., 431 F.2d 1251, 1253 (5th Cir. 1970), cert. denied, 401 U.S. 908 (1971). We can discern no basis upon which any of the district court's orders can be reviewed prior to the entry of a final judgment. The appeal is DISMISSED. All outstanding motions are DENIED.

We previously warned Ajegbo that further prosecution of frivolous appeals could result in sanctions against him. See In re Ajegbo, No. 96-00041 (5th Cir. May 1, 1996). Accordingly, Ajegbo is BARRED from filing any pro se, in forma pauperis, civil appeal in this court without the prior written approval of a judge of this court in active service. Further, he is BARRED from filing any pro se, in forma pauperis, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court. The clerk of this court and the clerks of all federal district courts subject to the jurisdiction of this court are directed to return to Ajegbo, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; MOTIONS DENIED; SANCTIONS IMPOSED.